IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL GREENWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>GT EXHAUST, INC.,<br><br>    Defendant. | 4:16CV3105<br><br>**ORDER** |

  This matter is before the Court on its own motion. Plaintiff Michael Greenwood filed his complaint against GT Exhaust, Inc. on June 27, 2016. (Filing No. 1). Summons were returned executed on the defendant by July 5, 2016, (Filing Nos. 5 & 6), but the defendant has failed to answer or respond to the plaintiff's complaint. The last action taken in this case occurred on September 15, 2016. Accordingly,

  IT IS ORDERED that on or before April 20, 2017, Plaintiff shall move for the appropriate remedy under Fed. R. Civ. P. 55, in the absence of which this case will be dismissed for want of prosecution.

  Dated this 21st day of March, 2017.

                     BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge