IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL GREENWOOD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GT EXHAUST, INC.,<br><br>　　　　　　Defendant. | 4:16-CV-3105<br><br>JUDGMENT |

For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the plaintiff in the amount of $136,122.91.

Dated this 21st day of June, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge